IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW SHAWN McVEIGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06cv374-MEF |
| | ) | (WO) |
| JAY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 4) filed herein on May 2, 2006, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED with prejudice pursuant to the directive of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE