IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MATTHEW SHAWN McVEIGH,       )
                             )
        Plaintiff,           )
v.                           )        CASE NO. 3:06cv374-MEF
                             )              (WO)
JAY JONES, et al.,           )
                             )
        Defendants.          )

## FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 23rd day of May, 2006.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE